■ In the Matter of ROBERT F. MINER, JR., Appellant, v NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES, Respondent.—Appeal by the petitioner from a judgment of the Supreme Court, Dutchess County, entered September 28, 1984.

Ordered that the judgment is affirmed, without costs or disbursements, for reasons stated in the decision of Justice Buell at Special Term. Mangano, J. P., Bracken, Niehoff and Spatt, JJ., concur. *[See,* 125 Misc 2d 594.]